IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEUTRAL POSTURE, INC. | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 22-3354 |
| MILLERKNOLL, INC. (Successor in Interest to KNOLL, INC.) | : |
| | : |

# ORDER

AND NOW, this 25th day of April, 2023, upon consideration of Defendant MillerKnoll, Inc.'s Motion to Dismiss the Plaintiff's Complaint or In The Alternative Stay Proceedings (Document No. 10), and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED, Counts I, II, III and V of the Complaint are DISMISSED with prejudice and Count IV is STAYED pending the outcome of the parallel action which is proceeding in the Court of Common Pleas of Philadelphia County for the reasons set forth in the accompanying Memorandum Opinion.

IT IS FURTHER ORDERED that the parties are directed to file status reports on the progress of the state court action with this Court every six months and to promptly advise this Court when that action has been concluded.

BY THE COURT:

/s/ Juan R. Sánchez

_____
Juan R. Sánchez,    C.J.